UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KATINA M. RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-120 |
| ) | (Phillips/Guyton) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This Social Security appeal is before the Court on the report and recommendation ("R&R") filed by United States Magistrate Judge H. Bruce Guyton [Doc. 17]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that plaintiff's Motion for Judgment on the Pleadings [Doc. 11] be denied, and that defendant Commissioner's Motion for Summary Judgment [Doc. 15] be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 17] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

1

It is **ORDERED,** for the reasons stated in the R&R [Doc. 17], that plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **DENIED**, and that defendant Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED**.  Accordingly, the Commissioner's decision denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED,** and this case is **DISMISSED.**

                       **ENTER:**

                                s/ Thomas W. Phillips
                              United States District Judge